U.S. District Court of Middle Florida
Office of the Clerk: Hon Chief Judge
401 W Central Blvd #1200 Orlando Florida 32801

February 2, 2024

Jin Hee Yi
a Petitioner

v.

Dept of Justice
Respondent

under 42 U.S.C. 1983
a civil rights action
own solely
a complaint by Federal
or the law of the State
for injury

Tax payer Damage or ~~no~~ discrimination by Jury a writ of attachment garnishment an ownership amount of damage is $ ~~Twenty millions dollars~~ Payments, amounts. Taxes, results. I am injured to Redress Required and Bargain and sale, payments only Five millions dollars, Final: citizenship papers.
Pay Taxes

a claim by

a new Reason by no Roach or bed bug in Room of apartment and ~~Elevator no runing~~ now working more than six months a writ of Attachment garnishment an ownership amount of damages is $ ~~one million~~ dollars. I am injured To Redress Required Bargain and sale amounts, Payments only Hundred Thousands dollars, and citizenship papers, no more: Final Pay Tax

a claim by Jin Hee Yi

"merser" an amended
a Relief
a Forth with

name: Jin Hee Yi
address: 2629 W 8th St #312
Los Angeles, CA 90057

Date: February 2, 2024

*(left margin):* conclusions of Laws. immediate, determination. in forma pauperis suffices. Corporations stack 50% own filing service of documents, any document required or permitted sufficient, good, know, condon "Vacated, Reviewed, remand, Rehearing" an amended supreme court Rule 28

A notice of appeal

U.S. District Court of the ~~Central~~ middle District of ~~California~~ Florida

February 2, 2024

Jin Hee Yi
A petitioner

V. Respondent
Dept of Justice

a notice of Appeal
Docket No:
notice: a party:

name: Jin Hee Yi
Address: 2628 W 8th St #312
Los Angeles, CA 90057

Date: February 2, 2024

a writ of certiorari
an appropriated
am immediately
a within ten days
    the last day of filing
a covenant
a decision
a determination
a conclude
a no more
Continuing
a Teaching

amounts
Taxes.
results
Bargain
and
Sale
Payments,

in my way
a Rehearing
a Relief
a granted
an amended
a conclude
a Judgment, a reviewed
a good cause, a good fait
a Reversal
a Jurisdiction to Supreme Court. Courts. Congress
I will conduct myself
I believe that I am entitled to Redress

a settle, a conclusions of laws, immediate determination informa pauper's supreme court Rule 28 suffices, Corporations stock 50% own filing service of documents, any document required or permitted, sufficient good. Know. Condon Vacated, Remand, Rehearing, Reviewed, an amended Pay Taxes